

U.S. Department

United States A
Southern Distri

The Jacob K. Javits Fe
26 Federal Plaza, 37th Floor
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2025_

February 3, 2025

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Karrem Nasr,* **24 Cr. 19 (AT)**

Dear Judge Torres,

    We write on behalf of both the Government and the defense to provide the Court with an update regarding the parties' discussions of CIPA-related issues triggered by the defense's CIPA 5 notice. The parties have conferred but need additional time to conclude their discussions. On or about tomorrow, February 4, 2025, defense counsel is expected to identify the specific facts they wish to prove using the classified materials they previously noticed. Thereafter, the Government will need additional time to formulate its position with respect to the use of the particular classified materials or portions of classified materials at issue. Accordingly, the parties request that they be permitted to provide the Court, on March 5, 2025, with an additional status update regarding their discussions of these issues.

                                            Respectfully submitted,

                                            DANIELLE R. SASSOON
                                            United States Attorney

                by:    <u>Camille L. Fletcher</u>
                       Camille L. Fletcher
                       Kimberly J. Ravener
                       Assistant United States Attorneys

GRANTED.

SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge