**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2025

*Via Email & CM/ECF*
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Karrem Nasr*
24 Cr. 19 (AT)

Dear Judge Torres,

    Consistent with Paragraph 19 of the CIPA Section 3 Protective Order filed in the above-captioned case (Dkt. No. 30), I write to provide notice that yesterday, June 9, 2025, I delivered by hand a "supplemental sentencing submission" on behalf of Karrem Nasr to the Court and the Government that contained references to classified discovery materials. *See* Dkt. No. 55 (directing the parties to file supplemental sentencing submissions addressing classified discovery in accordance with the CIPA Protective Order and on the same timeline as the publicly filed sentencing submissions). I have also communicated with Classified Information Security Officer Harry Rucker, who is not presently in the Southern District of New York. Mr. Rucker is aware of the filing and, at his earliest convenience, will retrieve the document from the SCIF and handle it appropriately.

Respectfully Submitted,

Andrew John Dalack
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record
CISO Harry Rucker